# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:06CR312 |
| ) | |
| JAVIER GALVAN-DUQUE, ) | **SCHEDULING ORDER** |
| ) | |
| Defendant. ) | |

    IT IS ORDERED that the following is set for hearing on **October 5, 2006** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Initial Appearance and Arraignment on Indictment

    Since this is a criminal case, the defendant must be present, unless excused by the Court. An interpreter will be provided by the Court.

    DATED this 2nd day of October, 2006.

                                 BY THE COURT:

                                   s/ F.A. Gossett
                                   United States Magistrate Judge