IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>              )<br>     Plaintiff,         )<br>              )<br>vs.            )<br>              )<br>JAVIER GALVAN-DUQUE,   )<br>MARTIMIANO TAMAYO,    )<br>              )<br>     Defendants.      ) | 8:06CR312<br><br>**SCHEDULING ORDER** |

　　　IT IS ORDERED that the following is set for hearing on **October 25, 2006** at **2:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

　　　Arraignment on Superseding Indictment

　　　Since this is a criminal case, the defendants must be present, unless excused by the Court.   An interpreter will be provided by the court.

　　　DATED this 20th day of October, 2006.

　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　United States Magistrate Judge